IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THOMAS D. DEMARTINO,

    Plaintiff,

  vs.

STATE OF OREGON, et al.,

    Defendants.

O R D E R
Civ. No. 10-6176-TC

AIKEN, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on June 7, 2011. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a _de novo_ determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore

1 - ORDER

1  Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert.
2  denied, 455 U.S. 920 (1982).
3       Plaintiff has timely filed objections.  I have, therefore,
4  given the file of this case a de novo review.  I adopt the
5  Magistrate's Findings and Recommendation (doc. 116) as follows:
6  defendants' motions to dismiss (docs. 41, 43, 48, 55, 59, 80) and
7  defendants' motion for summary judgment (doc. 102) are granted.
8  Plaintiff's motions for summary judgment (doc. 73), partial
9  summary judgment (doc. 78), and for preliminary [injunction]
10 (doc. 105) are denied.  Plaintiff's claims against all defendants
11 are dismissed in their entirety with prejudice.
12      IT IS SO ORDERED.
13      Dated this 26 day of July 2011.

                                                   /s/ Ann Aiken
                                                   Ann Aiken
                                      United States District Judge

2 - ORDER